**Order entered May 21, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00361-CV

## IN THE INTEREST OF S.E.F. AND M.C.F., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23763**

## ORDER

The trial court's April 27, 2021 decree of termination of parental rights orders "that all papers and records in this case, including the minutes of the Court, be sealed." The clerk's record, however, was not filed under seal. Accordingly, we **STRIKE** the May 19, 2021 clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record under seal no later than May 25, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE